**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMAR WILLIAMS,**                                                           **PETITIONER**
**ADC # 140609**

**v.**                                    **CASE NO. 5:14CV00363 BSM**

**GREG BOLIN, Chief Deputy,**
**W.C. "Dub" Brassell Detention Center**                                 **RESPONDENT**

## ORDER

The proposed findings and recommended disposition ("RD") submitted by United

States Magistrate Judge Joe J. Volpe have been reviewed.  No objections have been filed.

After careful consideration, the RD is hereby approved and adopted in its entirety in all

respects.  The petition for writ of habeas corpus filed by Jamar Williams pursuant to 28

U.S.C. § 2241 [Doc. No. 2] is dismissed as moot.

IT IS SO ORDERED this 14th day of May 2015.

_____
UNITED STATES DISTRICT JUDGE