**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**JAMAR WILLIAMS,** **PETITIONER**
**ADC # 140609**

**v.** **CASE NO. 5:14CV00363 BSM**

**GREG BOLIN, Chief Deputy,**
**W.C. "Dub" Brassell Detention Center** **RESPONDENT**

**JUDGMENT**

Consistent with the order that was entered on this day, this case is hereby dismissed as moot.

DATED this 14th day of May 2015.

UNITED STATES DISTRICT JUDGE